[No. 43669-4-I.   Division One.   July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE VINCENT DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04207-5, Glenna Hall, J., entered October 19, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 45691-1-I.   Division One.   July 31, 2000.]

JANET R. COE, *Appellant*, v. D. J. WARDLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-08784-4, Richard J. Thorpe, J., entered October 25, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44596-1-I.   Division One.   July 31, 2000.]

FRANK BRAILLARD, ET AL., *Appellants*, v. BRETT OLSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-07753-1, Anita Louise Farris, J., entered April 9, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Becker, A.C.J., and Kennedy, J.

[No. 44501-4-I.   Division One.   July 31, 2000.]

*In the Matter of the Marriage of* RONALD ROBERTSON, *Appellant*, and DENISE ROBERTSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-04666-3, George A. Finkle, J., entered April 16, 1999. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.